```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Global Export Marketing Co., Ltd.,

        Plaintiff,

  –v–

Abdelrahman A. Abbar Trading Company,

        Defendants.

20-cv-3504 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff is directed to file an affidavit of service of process no later than August 28, 2020.

    SO ORDERED.

Dated: August 21, 2020
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge