```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Global Export Marketing Co., Ltd.,

    Plaintiff,

–v–

Abdelrahman A. Abbar Trading Company,

    Defendants.

20-cv-3504 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on October 15, 2021, scheduled an initial pretrial conference in this case for January 21, 2022, at 3:15 p.m. Dkt. No. 38. The Court will hold the conference telephonically. At the time of the conference, the parties are directed to dial (888) 363-4749 and enter access code 9196964.

    The Court ordered the parties to submit a proposed case management plan and joint letter, consistent with Docket Number 8, no later than seven days before the conference. The Court is not in receipt of either document. The parties are ordered to file a proposed case management plan and joint letter by January 19, 2022. The joint letter shall further indicate whether the parties believe an initial conference to be necessary.

    SO ORDERED.

Dated: January 18, 2022
       New York, New York

                                         ALISON J. NATHAN
                                         United States District Judge