UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/22
```

---

Global Export Marketing Co., Ltd.,

Plaintiff,

—v—

Abdelrahman A. Abbar Trading Company,

Defendants.

---

20-cv-3504 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Plaintiff on January 18, 2022, noticed its intent to move for default judgment.  Dkt. No. 40.  Plaintiff obtained a clerk's certificate of default on March 1, 2022.  Dkt. No. 45.  The Court hereby orders Plaintiff to file a motion for default judgment by April 1, 2022.  Failure to act on this matter may result in his claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Sys.*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

SO ORDERED.

Dated: March 21, 2022
        New York, New York

_____
ALISON J. NATHAN
United States District Judge