```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GLOBAL EXPORT MARKETING CO. LTD.,                                      :
                                                                       :
                               Plaintiff,                              :
                                                                       :          20 Civ. 3504 (JPC) (SN)
                -v-                                                    :
                                                                       :                 ORDER
ABDELRAHMAN A. ABBAR TRADING CO.,                                      :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On January 9, 2023, the Honorable Sarah Netburn issued a Report and Recommendation recommending that Plaintiff's Motion for Default Judgment, Dkt. 52, be granted and that Plaintiff be awarded judgment equivalent to 2,234,449.51 Saudi riyal.  Dkt. 55 at 1.  The Report and Recommendation, citing both Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1), advises that the parties have fourteen days from service of the Report and Recommendation to file any objections, and warns that failure to timely file such objections may result in a waiver of any right to object.  *Id.* at 8-9.  However, the docket does not reflect whether Defendant has been served with a copy of the Report and Recommendation.  Accordingly, Plaintiff shall promptly serve Defendant with a copy of the Report and Recommendation via overnight delivery and file proof of such service on the docket no later than January 31, 2023.

      SO ORDERED.

Dated: January 26, 2023
       New York, New York

                                                           JOHN P. CRONAN
                                                          United States District Judge