UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GLOBAL EXPORT MARKETING CO., LTD,          :
:
                    Plaintiff,          :
:          20 Civ. 3504 (JPC) (SN)
      -v-                                                :
:          ORDER
ABDELRAHMAN A. ABBAR TRADING COMPANY,    :
:
                  Defendant.          :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       By March 28, 2023, Plaintiff shall submit a proposed default judgment order converting its award of 2,234,449.51 Saudi riyal to United States currency, at the applicable conversion rate on March 24, 2023.

       SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge