UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL EXPORT MARKETING CO. LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ABDELRAHMAN A. ABBAR TRADING COMPANY, <br><br> Defendant. | Case No. 1:20-cv-3504 <br><br> **DEFAULT JUDGMENT** |

THIS MATTER having come before the Court upon the Motion for Default Judgment, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2, filed by plaintiff, Global Export Marketing Co. Ltd. ("Plaintiff" or "GEMCO"), through its counsel, Norris McLaughlin, P.A., seeking an order directing entry of judgment by default against the defendant, Abdelrahman A. Abbar Trading Company ("Abbar" or "Defendant"), on notice to Defendant who has not entered an appearance; and the Court having considered the papers filed in support of the motion, and the Report and Recommendation, dated January 9, 2023, issued by The Honorable Sarah Netburn, U.S.M.J., and for good cause shown;

IT IS HEREBY ORDERED on this ____ day of _____, as follows:

1. Default judgment be and hereby is entered in favor of plaintiff, Global Export Marketing Co. Ltd. and against defendant, Abdelrahman A. Abbar Trading Company in the amount of $595,023.00[1], and that Plaintiff have execution thereon.

2. Plaintiff shall provide a copy of this Order to Defendant by first class mail within ____ days of Plaintiff's receipt thereof at the following mail address:

**Via First Class Mail:**

Abdelrahman A. Abbar Trading Company
Dar Alabbar Company
Prince Sultan Road
Alrawdah District, 9th Floor
Jeddah Saudi Arabia

**and Email**:
Graham.Morris@daralabbar.com;
Mohammad.Akbar@daralabbar.com
Anas.Alakhras@daralabbar.com

_____
HONORABLE JOHN P. CRONAN
United States District Judge

---

[1] As of March 24, 2023, $595,023.00 is equivalent to 2,234,449.51 Saudi riyal.